**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    LAILA K SAHYOUN                                   Case No.: 12-14035

          Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/05/2012.

2) This case was confirmed on 06/28/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/05/2012.

5) The case was converted on 09/20/2012.

6) Number of months from filing to the last payment:  1

7) Number of months case was pending:  6

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $       720.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 2,339.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 2,339.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 39.43 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 123.85 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 163.28 |
| Attorney fees paid and disclosed by debtor | $ | 1,154.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ABDALLAH SHARKH | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| ALADEAN JADALLAH | SECURED | 2,500.00 | .00 | .00 | .00 | .00 |
| ALLIANT CREDIT UNION | SECURED | 25,909.00 | 44,286.71 | 44,286.71 | 1,012.69 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 22,508.00 | NA | NA | .00 | .00 |
| AYMEN KHELIFI | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| AYOUB DIAB | SECURED | 6,000.00 | .00 | .00 | .00 | .00 |
| EMAN ALI | SECURED | 3,700.00 | .00 | .00 | .00 | .00 |
| GM FINANCIAL | SECURED | 4,472.00 | 13,257.00 | 13,257.00 | 308.73 | .00 |
| GM FINANCIAL | UNSECURED | 8,926.21 | 141.21 | 141.21 | .00 | .00 |
| HAKIEL DABOUSSIE | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| HALEMEH SHARKH | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| KHAWLA SHARKH | SECURED | 2,000.00 | .00 | .00 | .00 | .00 |
| MARIAM SHARKH KHELIF | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| MOHMADD AL OMARI | SECURED | 5,000.00 | .00 | .00 | .00 | .00 |
| RANA DABOUSSIE | SECURED | 500.00 | .00 | .00 | .00 | .00 |
| RANDA JADALLAH | SECURED | 2,500.00 | .00 | .00 | .00 | .00 |
| REMA MOAMMAD | SECURED | 2,800.00 | .00 | .00 | .00 | .00 |
| ROBERT HERNANDEZ | SECURED | .00 | .00 | .00 | .00 | .00 |
| SPRINGLEAF FINANCIAL | SECURED | 5,342.00 | 6,785.99 | 6,785.99 | 383.84 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | 1,443.99 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | SECURED | .00 | 6,785.99 | .00 | .00 | .00 |
| TURNER ACCEPTANCE | UNSECURED | 8,155.00 | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | UNSECURED | 10,608.96 | 10,608.96 | 10,608.96 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS | UNSECURED | 3,242.00 | 3,242.84 | 3,242.84 | .00 | .00 |
| ASPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| HARRIS NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| BMO HARRIS BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BMO HARRIS BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BMO HARRIS BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| OAK HARBOR CAPITAL I | UNSECURED | 540.00 | 540.68 | 540.68 | .00 | .00 |
| CERASTES LLC | UNSECURED | 503.00 | 538.37 | 538.37 | .00 | .00 |
| CERTEGY | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,163.00 | 1,163.88 | 1,163.88 | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE TOYS R US | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITI/FINGERHUT | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| RMK V. LAILA SAHYOUN | UNSECURED | 2,714.00 | NA | NA | .00 | .00 |
| RMK V. LAILA SAHYOUN | UNSECURED | 2,923.00 | NA | NA | .00 | .00 |
| RMK V. LAILA SAHYOUN | UNSECURED | 2,932.00 | NA | NA | .00 | .00 |
| RMK V. LAILA SAHYOUN | UNSECURED | 2,948.81 | NA | NA | .00 | .00 |
| FINGERHUT/METABANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 428.00 | 428.34 | 428.34 | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 862.00 | 862.75 | 862.75 | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 448.00 | 448.53 | 448.53 | .00 | .00 |
| CAPITAL ONE NA | UNSECURED | 313.00 | 343.69 | 343.69 | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/BEST BUY | UNSECURED | .00 | NA | NA | .00 | .00 |
| MARQUETTE NATIONAL B | UNSECURED | .00 | NA | NA | .00 | .00 |
| MACYS DSNB | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 203.00 | NA | NA | .00 | .00 |
| RBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| RBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| LINCOLN EASTERN V. L | UNSECURED | 1,166.00 | NA | NA | .00 | .00 |
| LINCOLN EASTERN V. L | UNSECURED | 889.81 | NA | NA | .00 | .00 |
| LINCOLN EASTERN V. L | UNSECURED | 1,241.00 | NA | NA | .00 | .00 |
| SEARS/CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| SHELL/CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| SPRINGLEAF FINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 623.88 | 623.88 | 623.88 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 723.05 | 723.05 | 723.05 | .00 | .00 |
| US BANK/NA ND | UNSECURED | 2,124.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| USA CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| WESTLAKE FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| QUANTUM3 GROUP LLC | UNSECURED | 1,475.00 | 1,475.82 | 1,475.82 | .00 | .00 |
| ZALE/CBNA | UNSECURED | .00 | NA | NA | .00 | .00 |
| TURNER ACCEPTANCE | SECURED | 933.00 | .00 | .00 | .00 | .00 |
| TGM PARK MEADOWS | UNSECURED | 2,577.00 | 2,577.00 | 2,577.00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| TGM PARK MEADOWS | OTHER | .00 | NA | NA | .00 | .00 |
| AYOUB DIAB | UNSECURED | NA | 6,000.00 | 6,000.00 | 119.10 | .00 |
| MOHMADD AL OMARI | UNSECURED | NA | 5,000.00 | 5,000.00 | 99.25 | .00 |
| ROBERT HERNANDEZ | UNSECURED | 1,000.00 | 1,000.00 | 1,000.00 | .00 | .00 |
| MARIAM SHARKH KHELIF | UNSECURED | NA | 500.00 | 500.00 | .00 | .00 |
| HALEMEH SHARKH | UNSECURED | NA | 500.00 | 500.00 | .00 | .00 |
| AYMEN KHELIFI | UNSECURED | NA | 500.00 | 500.00 | .00 | .00 |
| KHAWLA SHARKH | UNSECURED | NA | 2,000.00 | 2,000.00 | 39.70 | .00 |
| EMAN ALI | UNSECURED | NA | 3,700.00 | 3,700.00 | 73.45 | .00 |
| RANA DABOUSSIE | UNSECURED | NA | 500.00 | 500.00 | .00 | .00 |
| ABDALLAH SHARKH | UNSECURED | NA | 500.00 | 500.00 | .00 | .00 |
| RANDA JADALLAH | UNSECURED | NA | 2,500.00 | 2,500.00 | 49.63 | .00 |
| HAKIEL DABOUSSIE | UNSECURED | NA | 2,000.00 | 2,000.00 | 39.70 | .00 |
| REMA MOAMMAD | UNSECURED | NA | 2,800.00 | 2,800.00 | .00 | .00 |
| ALADEAN JADALLAH | UNSECURED | NA | 2,500.00 | 2,500.00 | 49.63 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 64,329.70 | 1,705.26 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 64,329.70 | 1,705.26 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 53,719.00 | 470.46 | .00 |

**Disbursements:**

| | | |
|---|---:|---:|
| Expenses of Administration | $ | 163.28 |
| Disbursements to Creditors | $ | 2,175.72 |
| **TOTAL DISBURSEMENTS:** | $ | 2,339.00 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   10/09/2012                                             /s/ Tom Vaughn
                                                                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**